UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In Re:                                                                    Case Number   **22-17767-AJC**

**JULIO MARRERO**                                           Chapter        13

_____Debtor_____/

### DEBTOR'S MOTION TO DISMISS CASE

The debtor JULIO MARRERO, by and through undersigned counsel files Debtor's Motion pursuant to 11 U.S.C. 1307(b) his Motion to Dismiss the case herein.

1. The secured creditor's of the Debtor were seeking to execute judgement against his property.

2. The debtor has reached agreement with secured creditor's that requires payment and dismissal of the case herein.

3. Pursuant to to 11 U.S.C. 1307 conversion or Dismissal

    (b) On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable.

4. This case has not been converted under section 706, 1112, or 1208.

5. The court has the authority to grant the relief requested pursuant.

6. The granting of the relief requested will prejudice no party hereto.

WHEREFORE, the debtor JULIO MARRERO, prays this honorable Court will dismiss this case and issue any other order the court deems appropriate under the facts and circumstances herein.

RESPECTFULLY SUBMITTED, in the Southern District of Florida, Miami-Dade Division on this 26th day of October 2022.

        /S/
Richard Siegmeister, Esquire
Richard Siegmeister, P.A.
Attorneys for JULIO MARRERO
3850 Bird Road, Floor 10
Miami  Florida 33146
Fla Bar No 0700975
Tel: (305) 859-7376
Email: rspa111@att.net
       rspalaw@att.net

Z:\MyFiles\Data - Old\BANKRDTR\000 CHAPTER 13\Marrero Julio\221026  Motion  to dismiss.wpd